**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000742
23-JUL-2014
08:58 AM

CAAP-11-0000742

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

JERRY MAGALION, Petitioner-Appellant,
v.
STATE OF HAWAI'I, Respondent-Appellee.

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(1SD11-1-00006)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on April 24, 2014, is hereby corrected as follows:

On page 1, in the sixth line after the caption, the word "Circuit" in the parentheses should replaced with "District" so that as corrected, the text reads: ". . . District Court of the First Circuit (District Court) . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 23, 2014.

FOR THE COURT:

_Craig H. Nakamura_

Chief Judge

---

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.